701 A.2d 1359

**Gary FARLEY and Cherylln Farley, h/w, Petitioners,**

v.

**McLEAN PACKAGING CORPORATION, Respondent.**

Supreme Court of Pennsylvania.

Nov. 20, 1997.

## *ORDER*

PER CURIAM.

AND NOW, this 20th day of November, 1997, the Petition for Allowance of Appeal is granted, the order of the Superior Court is reversed, the order of the Court of Common Pleas of

Philadelphia County is vacated, and the matter is remanded to the common pleas court for further proceedings consistent with *Cheeseman v. Lethal Exterminator, Inc. and Forman v. Rossman,* 701 A.2d 156 (Pa.1997).